# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 24-00394-FWS (KESx) | Date | June 28, 2024 |
| Title | Janae Gee v. Sentry Insurance Company et al | | |

**PRESENT:** **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **July 2, 2024**, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26).   As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X     Filing of the parties' Joint Report (FRCivP 26) pursuant to the court's Order Setting Rule 26(f) Scheduling Conference

   Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.   Fed. R. Civ. P. 4 (m).   The Court may dismiss the action prior to the expiration of such time, however, if plaintiffs have not diligently prosecuted the action.

   It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

   The Scheduling Conference REMAINS ON CALENDAR for **July 11, 2024, at 9:00 a.m.**

                                                                                                                              -    :    -

                                                                      Initials of Deputy Clerk   mku